AUSA: Terrence Haugabook Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kenton Weston Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Will Davis

Case No.
Case: 2:26−mj−30725
Assigned To : Unassigned
Assign. Date : 11/17/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 13, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kenton Weston, Special Agent (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: November 17, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U. S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division for approximately 9 years. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled

substances, hundreds of firearms, dozens of MCDs, and over two hundred and twenty-five arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Will DAVIS (DOB: XX/XX/1995) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). Specifically, there is probable cause to believe that DAVIS, a convicted felon, possessed a loaded Taurus 9mm pistol on November 13, 2026, in the Eastern District of Michigan.

## PROBABLE CAUSE

### Prohibited Status

5. A search of the Law Enforcement Information Network (LEIN) revealed DAVIS has pled guilty to the following state felony charges:

a. In 2020, DAVIS pled guilty to attempt-felony weapons-carrying concealed in Michigan's 3rd Circuit Court.

b. In 2025, DAVIS pled guilty to felony weapons-carrying concealed in Michigan's 3rd Circuit Court. DAVIS was sentenced to two years of probation.

6. According to court and law enforcement records, DAVIS, a resident of the Eastern District of Michigan, was convicted of a felony offense in the District of North Dakota in 2023, for conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1). DAVIS was sentenced to a term of two years in federal prison and over two years of supervised release.

7. Based on my training and experience, defendants are warned of the maximum penalty and that they are pleading guilty to a felony offense when they enter a plea of guilty to a felony. They are also typically advised that conviction may result in the loss of their right to possess a firearm. Based on the time DAVIS has spent under supervision and in prison because of his felony conviction and the severity of his conviction, there is probable cause to believe that DAVIS is aware of his status as a convicted felon.

**DAVIS'S Arrest**

8. On November 13, 2026, Detroit Police Department (DPD) officers traveling in a marked DPD vehicle observed a white Jeep Compass facing south on Snowden St in Detroit, MI. Officers observed a black male wearing blue pants and a construction style orange shirt, later identified as DAVIS, exit the driver's side of

the Jeep. As DPD drove past the Jeep, an officer observed a black pistol protruding from DAVIS's right side. DPD immediately stopped their vehicle and inquired if DAVIS possessed a valid Concealed Pistol License (CPL). DAVIS lied to the officers, stating that he possessed a CPL and then re-entered the Jeep to search for it. Moments later, after DAVIS told officers he must have left his CPL at home, he was detained, and a Taurus PT111 G2 9mm pistol loaded with 12 live rounds of Hornady hollow point ammunition was recovered from DAVIS's right side. A search of LEIN confirmed DAVIS did not possess a CPL, he was arrested, and transported to the DDC.

9. I reviewed DPD recorded footage of the arrest and observed DAVIS, identified by his blue pants (red arrow) exiting the white Jeep, see Image 1. Additionally, I observed DPD's immediate location and retrieval of the Taurus pistol (red circle) from DAVIS's right side, see Image 2.

IMAGE 1



IMAGE 2




**Interstate Nexus**

10. On November 16, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Joshua McLean and provided a description of the Taurus and ammunition recovered on November 13, 2026. Based on Special Agent McLean's training and experience, the Taurus PT111 G2 pistol and Hornady ammunition were manufactured outside the state of Michigan and thus traveled in and affected interstate or foreign commerce.

## CONCLUSION

11. Affiant believes there is probable cause to believe on November 13, 2026, within the Eastern District of Michigan, Will Davis, knowing he was previously convicted of an offense punishable by more than one year imprisonment, did knowingly possess a loaded Taurus PT111 G2 firearm and Hornady ammunition, said firearm and ammunition having previously traveled in or affected interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

Respectfully submitted,

______________________________
Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me in my presence
and/or by reliable electronic means.

______________________________
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: November 17, 2026